# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNECTOR CASTINGS, INC. and BODOURIAN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:15-cv-01069-AGF ) |
| SCREW PRODUCTS, INC. d/b/a SCREW PRODUCTS, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Connector Castings, Inc. and Bodourian, Inc. ("Plaintiffs"), through their undersigned attorneys, hereby stipulate to: (1) the dismissal of Plaintiffs' individual claims against Screw Products, Inc. ("Defendant") with prejudice and without costs; and (2) the dismissal of putative class members claims against Defendant without prejudice and without costs.  Each party is to bear its own costs.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
    Ronald J. Eisenberg, #48674MO
    Robert Schultz, #35329MO
    Mary Schultz, #35285MO
    640 Cepi Drive, Suite A
    Chesterfield, MO 63005-1221
    Phone: (636) 537-4645
    Fax: (636) 537-2599
    reisenberg@sl-lawyers.com
    rschultz@sl-lawyers.com
    mschultz@sl-lawyers.com

    Attorneys for Plaintiffs
    Connector Castings, Inc. and Bodourian, Inc.,

<u>/s/ Eric L. Samore</u>
Counsel for
SCREW PRODUCTS, INC.

Eric L. Samore (Bar ID No. 6181345IL)
Warren R. Wilkosz (Bar ID No. 6284260IL)(*pro hac vice*)
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois  60601
(312) 894-3200

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2016, a true copy of the foregoing **Joint Stipulation of Dismissal** was submitted via this Court's electronic filing system, which served notice of this filing upon all counsel of record.

|   |   |
|---|---|
| [x] | Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on:  DATE |
|   | /s/ Ronald J. Eisenberg |